*In re* APROBACIÓN Y VIGENCIA REGLAMENTO NOTARIAL DE PUERTO RICO.

*Número:* ————  *Resuelto:* 14 de julio de 1995

## RESOLUCIÓN

El Art. 61 de la Ley Notarial de Puerto Rico, Ley Núm. 75 de 2 de julio de 1987 (4 L.P.R.A. sec. 2001 *et seq.*), otorga a este Tribunal la facultad de aprobar reglamentación para hacer viable la ejecución de la referida ley y complementar sus disposiciones, así como para regular la admisión al Notariado y el ejercicio del mismo.

Al amparo de este estatuto, el Tribunal ha evaluado las recomendaciones recibidas en la Conferencia Judicial de 1991 y en el Informe de la Comisión sobre Reglamentación del Ejercicio y Admisión al Notariado, así como en la jurisprudencia más reciente. Como resultado de ese proceso,

por la presente se aprueba este reglamento, con las reglas que regirán la admisión y el ejercicio del notariado.

*Regístrese y publíquese.*

Lo pronunció y manda el Tribunal por unanimidad y certifica el señor Secretario General. El Juez Asociado Señor Rebollo López no intervino en la consideración de la Regla 5 y la Regla 80(P). Con respecto a la Regla 5, todos los Jueces reiteran los criterios expuestos en *In re Colón Ramery*, 138 D.P.R. 793 (1995).

<div style="text-align:right">

*(Fdo.)* Francisco R. Agrait Lladó
*Secretario General*